United States District Court
Middle District of Florida
Jacksonville Division

**JANELLE WARREN,**

    *Plaintiff,*

v.                                                                                     NO. 3:24-cv-740-PDB

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

___

# Order

The plaintiff moves for an award of attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Doc. 19.

In ruling on an EAJA request, a court must decide if the requesting party is eligible. *Comm'r, I.N.S. v. Jean*, 496 U.S. 154, 160–61 (1990). For eligibility, a party's net worth must not exceed $2 million when she filed the case. *Id.* at 158; 28 U.S.C. § 2412(d).

The motion, Doc. 19, is **denied** without prejudice. The plaintiff provides no information about her net worth and thus fails to show she is eligible for a fee award. Any renewed motion must be filed by **April 18, 2025**.

**Ordered** in Jacksonville, Florida, on April 8, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*